UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1725
(8:15-cv-02953-PX)
_____

BANK OF AMERICA, N.A.

       Plaintiff - Appellee

v.

JERICHO BAPTIST CHURCH MINISTRIES, INC., Jericho DC

       Defendant - Appellant

 and

JERICHO BAPTIST CHURCH MINISTRIES, INC., Jericho MD; DENISE KILLEN; CLIFFORD BOSWELL; GLORIA MCCLAM-MAGRUDER; CLARENCE JACKSON; LYNDA PYLES

       Defendants

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                               For the Court

                               /s/ Patricia S. Connor, Clerk